# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MIGUEL GARCIA AND LUPE GARCIA, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-1587 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY AND JEFF DIXON, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 32. The M&R recommended granting defendants Liberty Insurance Corporation[1] and Jeff Dixon's (collectively, "Defendants") motion for summary judgment (Dkt. 14) on all of plaintiffs Miguel and Lupe Garcia's claims.

Objections to the M&R were due on January 31, 2019, but the Garcias have not filed any objections to date. *See* Dkt. 32. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, evidence in the record, motions, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 32). For the reasons stated in the M&R, Defendants' motion for summary judgment is GRANTED.

Signed at Houston, Texas on March 27, 2019.

_____
Gray H. Miller
Senior United States District Judge

---

[1] The Garcias incorrectly named defendant Liberty Insurance Corporation as "Liberty Mutual Insurance" in their petition. *See* Dkt. 1-2; Dkt. 14 at 1.